**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 22, 2015

Enrique Villa
919 Woodworth St.
Cuero, TX 77954

Hon. Ashley J. Pall
Attorney at Law
108-A N. Main
Victoria, TX 77901
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00668-CV
Tr.Ct.No. 10-08-21,636
Style:   Enrique Villa v. Elizabeth  Ortiz Villa


Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   267th District Court (DELIVERED VIA E-MAIL)
      Tabeth Gardner, De Witt County District Clerk (DELIVERED VIA E-MAIL)